DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SIMMONS, PATRICK W. and
SIMMONS, CANDACE

Case No. 08-04607-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $63.33, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| SIMMONS, PATRICK W. and SIMMONS, CANDACE | 3057 RD. H. NE, LOT 54 MOSES LAKE, WA 98837 | $63.33 |

Dated: March 02, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875837        3-11-11        # 63.33